UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ANDRADE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN FIRST FINANCE, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-06743-SK<br><br>**ORDER REGARDING DISCOVERY DISPUTE**<br><br>Regarding Docket No. 72 |

    Now before the Court is the discovery dispute raised by the parties in their joint discovery letter filed on September 19, 2019. Plaintiffs wish to take several depositions, originally set for the last few days before the discovery deadline, and Defendants oppose that attempt. The non-expert discovery deadline of September 20, 2019 has passed.

    The Court finds that all parties bear some blame in this dispute. Plaintiffs did not provide Defendants with topics for Defendants' depositions pursuant to Fed.R.Civ.P. 30(b)(6) until very late, despite Defendants' repeated requests for those topics. Understandably, Defendants could not provide dates for depositions until they knew the specific topics. However, the topics in this matter are very limited, given that the sole issue for trial is whether the Court can enforce the arbitration clause. Defendants did not cooperate in providing dates for the depositions before the discovery deadline.

    Given these facts, the Court ORDERS that the depositions of the three Defendants pursuant to Fed.R.Civ.P. 30(b)(6) take place by October 4, 2019. The parties must meet and confer regarding the locations and dates of the depositions. The Court will sanction any party that fails to act in a professional manner in scheduling these depositions. Defendants are not required to produce any documents pursuant to the notices of deposition. No other non-expert depositions

1  will take place, and no other non-expert discovery will take place.

2  The deadlines for expert discovery will be moved by one week each.  Thus, opening
3  reports will be due by October 11, 2019.  Rebuttal reports will be due by November 8, 2019.  The
4  close of expert discovery will be November 29, 2019.  All other dates will remain as scheduled.

5  **IT IS SO ORDERED**.

6  Dated: September 23, 2019



SALLIE KIM
United States Magistrate Judge