UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ANDRADE,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN FIRST FINANCE, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-06743-SK<br><br>**ORDER TO SHOW CAUSE REGARDING CORRECTED OPPOSITION**<br><br>Regarding Docket Nos. 171 |

On October 26, 2020 at 11:58 p.m., two minutes before the deadline expired, Plaintiff filed an opposition to the pending motion to dismiss. The following day, mid-morning, without any explanation or leave of Court Plaintiff filed a second opposition brief and docketed it as a "Correction" to the previously filed brief. The corrected opposition did not merely correct a few typographical errors. Instead, it appears to be a completely different opposition brief. The Court HEREBY ORDERS Plaintiff to Show Cause ("OSC") why the belatedly filed "corrected" opposition should not be struck. Plaintiff shall respond to this OSC by no later than October 30, 2020. The Court EXTENDS Defendants' deadline to file a reply in support of their motion to November 9, 2020 and CONTINUES the hearing to November 23, 2020.

**IT IS SO ORDERED**.

Dated: October 27, 2020

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge