1
2
3
4                        UNITED STATES DISTRICT COURT
5                      NORTHERN DISTRICT OF CALIFORNIA
6
7    MARIA ANDRADE,                          Case No. 18-cv-06743-SK
8               Plaintiff,
9         v.                                 **ORDER ON DISCOVERY DISPUTE
                                             REGARDING INITIAL DISCLOSURES**
10   AMERICAN FIRST FINANCE, INC., et
     al.,                                    Regarding Docket No. 222
11              Defendants.
12
13       On September 20, 2021, the parties filed a joint letter brief to address their discovery

14   dispute concerning Defendant's amendment of its initial disclosures.  Plaintiff seeks to take 19

15   additional depositions because Defendant American First Finance, Inc. disclosed additional

16   witnesses in its second Amended Initial Disclosures served on August 25, 2021.  The Court set a

17   deadline of September 24, 2021 for non-expert discovery.  Although Plaintiff has taken 10

18   depositions as authorized by Federal Rule of Civil Procedure 30, Plaintiff now seeks to depose

19   additional witnesses identified for the first time by the second Amended Initial Disclosures.

20   Defendant argues that Plaintiff was "aware of, [sic] 26 of the 32 potential witnesses listed" in the

21   second Amended Initial Disclosures and cites the specific documents or depositions in which

22   those 26 witnesses were mentioned.

23       Given the late disclosure, Plaintiff may take five additional depositions.  Although Plaintiff

24   seeks leave to take 19 additional depositions, Plaintiff does not explain or justify why all 19 are

25   necessary.  Even if Defendant had disclosed all the potential witnesses in a timely manner,

26   / / /

27   / / /

28   / / /

*United States District Court*
*Northern District of California*

Plaintiff would not have been able to take all 19 depositions.  Plaintiff may take these additional five depositions after the September 24, 2021 deadline but no later than October 22, 2021.

**IT IS SO ORDERED**.

Dated: September 22, 2021



SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California

2