UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ANDRADE,<br><br>           Plaintiff,<br><br>      v.<br><br>AMERICAN FIRST FINANCE, INC., et al.,<br><br>           Defendants. | Case No. 18-cv-06743-SK<br><br>**ORDER DENYING STIPULATION REGARDING SCHEDULE AND SETTING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Regarding Docket No. 224 |

The parties filed a stipulation to extend the deadlines for expert discovery, to stagger the disclosure deadlines for Plaintiff and Defendants, and to set the close of discovery for a date after Plaintiff's deadline to file a motion for class certification. The Court DENIES the stipulation but does so without prejudice. The parties may submit a revised schedule which sets the close of discovery before the deadline to file a motion for class certification. Additionally, the parties shall provide a justification for staggering Plaintiff's and Defendants' disclosure obligations. Moreover, the parties are admonished that they are required to email their proposed orders in Microsoft Word format to skpo@cand.uscourts.gov.

The Court HEREBY SETS a further case management conference for October 4, 2021 at 9:30, following the hearing on Plaintiff's motion for leave to amend. The parties shall meet and confer and submit a further case management conference with any proposed schedule changes by no later than September 27, 2021

**IT IS SO ORDERED**.

Dated: September 22, 2021

SALLIE KIM
United States Magistrate Judge