UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ANDRADE,<br><br>            Plaintiff,<br><br>    v.<br><br>AMERICAN FIRST FINANCE, INC., et al.,<br><br>            Defendants. | Case No. 18-cv-06743-SK<br><br>**ORDER REGARDING MOTION TO SEAL**<br><br>Regarding Docket No. 269 |

The Court had reserved ruling on the portion of Plaintiff's motion to seal portions of her motion for class certification. Upon review of American First Finance, Inc.'s more limited proposed redactions to Plaintiff's motion for class certification, the Court GRANTS the motion to seal on the reserved portion as limited by AFF's requested redactions. (Dkt. No. 299-1.) By no later than August 25, 2022, Plaintiff shall publicly file her motion for class certification with only the redactions requested by AFF.

**IT IS SO ORDERED**.

Dated: August 19, 2022

_____
SALLIE KIM
United States Magistrate Judge