EXHIBIT 10

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3    _____

4    MARIA ANDRADE, et al.,

5           Plaintiff,

6       v.                             Case No.:

7    AMERICAN FIRST FINANCE, INC.,        3:18-cv-06743-SK

8    et al.,

9           Defendants.

10   _____

11

12              VIDEOTAPED DEPOSITION OF

13                 MARK GUSTAFSON

14   DATE:        Wednesday, March 16, 2022

15   TIME:        9:12 a.m.

16   LOCATION:    Remote Proceeding

17                Los Angeles, CA 90017

18

19

20

21

22

23

24   REPORTED BY:  Aerik Branch, Notary Public

25   JOB NO.:     5118253

                                          Page 1

```
 1                        as of such.

 2                        Everyone has already introduced

 3      themselves.  So hearing no objection, I will now swear

 4      in the witness.

 5                        Please raise your right hand.

 6      WHEREUPON,

 7                           MARK GUSTAFSON,

 8      called as a witness, and having been first duly sworn to

 9      tell the truth, the whole truth and nothing but the

10      truth, was examined and testified as follows:

11                        THE REPORTER:  Thank you.

12                        You may now proceed.

13                           EXAMINATION

14      BY MR. GREEN:

15          Q    All right.  Good morning, Mr. Gustafson.

16          A    Good morning.

17          Q    My name is Robert Green, and I represent the

18      plaintiff in this case.  I'll be taking your deposition

19      today.

20                        Could you state your name and spell your last

21      name for the record, please, sir?

22          A    Sure.  It's Mark Gustafson, and the last name

23      is spelled G-U-S-T-A-F-S-O-N.

24          Q    And Mr. Gustafson, where are you employed?

25          A    Analysis Group.
```

Page 7

1      Q    And what do you do there?

2      A    I'm a principal with Analysis Group.  So my

3   responsibilities include both management of the firm as

4   well as providing economic consulting services.

5      Q    Okay.  And where are you located today?

6      A    Physically, I'm in downtown Los Angeles, in

7   our office.

8      Q    In the office of Analysis Group?

9      A    Yes.

10      Q    Yeah.  Are you in, like, a conference room?

11      A    Correct.

12      Q    And is anyone else in the room with you?

13      A    Mr. Balogh is also in the room.

14      Q    Okay.  Anyone else?

15      A    No.

16      Q    All right.  And do you have any notes or other

17   electronic devices available to you other than the

18   remote proceeding screen?

19      A    I have two -- I have a clean copy of

20   Mr. McFarlane's report, and a clean copy of my report.

21      Q    Okay.

22      A    And my coffee.  And that would be it.

23      Q    Okay.  And you understand the testimony you

24   give today will be your own testimony?  You're not

25   permitted to communicate with anyone else in any way

Page 8

1          Q     All right.  And what court was that in?

2          A     I would have to go check my CV and try and

3     figure that out.

4          Q     Okay.  And when did that take place?

5          A     Approximately five years ago.  Probably, it

6     was more like six, maybe, probably that timeframe.

7          Q     Okay.  And who were the attorneys that you

8     worked with on that case?

9          A     There was someone named Marty Burke, who I

10    don't believe is with Burr & Forman anymore.  And I

11    believe Bryan Balogh was also on the case.  And another

12    attorney, Doug Kilby, who I believe was with a different

13    firm.

14         Q     What was your assignment in this case?

15         A     I was to -- I guess I would -- what I

16    recommend is going back to the report and -- and reading

17    how I articulated it in the report.  But my recollection

18    is, basically, to review Mr. McFarlane's opinions and

19    respond as appropriate.

20         Q     Do you recall approximately when you were

21    retained?

22         A     It would have been in 2021, I believe.  I

23    would -- probably in the latter half of the year.  But I

24    would have to go back and check my records to know for

25    sure.

Page 10

1          Q      For this part of your report, you're not

2     relying on any other testimony by any person other than

3     Mr. Britt, are you?

4          A      That is correct.

5          Q      Let's look at his testimony at 112, 14 through

6     113, 4.  He talks about what the standard rates are or

7     what he calls the "default rate."  I hesitate to use

8     that term because people get confused by thinking that

9     it means you didn't pay when it's actually the amount

10    you did pay.  So we'll call it the "standard rate."

11               Did you read these portions of Mr. Britt's

12    testimony?

13          A      Yes.

14          Q      And you see that under his testimony, the

15    standard rates -- if you look at 112 starting at line

16    15 -- in 2015, the standard rate was 120 percent;

17    correct?

18                    MR. BALOGH:  Object to the form.

19                    THE REPORTER:  Acknowledged.

20          A      Yes, I think he says -- or the question is

21    that 2015 -- Ms. Andrade, "at 120 percent, I take that

22    was the default rate at that time?"  And he says,

23    "That's correct."  So he is saying that's the default or

24    standard rate in 2015.

25          Q      Right.  And then if you go down to the bottom

Page 84

1    of the page, over into the top of page 113.

2         A    Yes.

3         Q    Okay.  Actually, I'm wrong.

4              Okay.  So then we're looking at lines 18 to

5    25, he says that in 2017 the rate increased to 144.59

6    percent as the standard rate; correct?

7                   MR. BALOGH:  -- form.

8                   THE REPORTER:  Acknowledged.

9         A    Yes.  He said it increased in 2017.

10        Q    To 144.59 percent; correct?

11        A    Yes.

12        Q    And then in 2020, it increased to 170 percent.

13   Is that correct?  Is that what it says?

14             I didn't hear the answer.

15        A    I -- I didn't hear an acknowledge on the

16   objection.

17                  MR. BALOGH:  He corrected the question.

18   He said, "Is that what it says," so I didn't object.

19                  THE WITNESS:  Okay.

20                  See because -- I -- the deposition says,

21   "And then," there was "a change since 2017?"  "Yes.

22   There was a change in 2020 to 170" -- 170 percent.

23   Correct.  So I believe that's what he's testifying.

24   BY MR. GREEN:

25        Q    Okay.

Page 85

1       A      That's on the top of 113.

2       Q      Moving on to the next section of your report,

3    for certain purposes, you look at the Consumer Financial

4    Protection Bureau's Consumer Credit Card Market Reports;

5    correct?

6       A      Yes.

7       Q      Are you looking at the report?  Or did --

8       A      Yeah.  I'm sorry, yeah, I didn't know you were

9    waiting for me.  Yes.  I --

10       Q      Okay.  Why did you select these reports to use

11    in your opinion?

12       A      So the benefit of the CFPB data, as opposed to

13    other sources like something from the Fed, is it

14    actually breaks it up by credit score.  So we can

15    differentiate rates that are charged to people with

16    different levels of creditworthiness or -- yeah, credit

17    scores.

18       Q      Okay.  And you find these reports to be

19    reliable?

20       A      I have no reason to doubt their accuracy.

21       Q      And you're willing to rely on them; correct?

22       A      Yeah.

23       Q      As an expert in the case, yes?

24       A      Yeah, I -- I am relying on it.  That's true.

25       Q      And I know you include some of the reports in

Page 86

1   your opinion or in your report, but I'd like to mark

2   them for the record.

3        A    Let me know when it's up.

4        Q    Okay.  I've marked as Exhibit 106 a document

5   by the Consumer Financial Protection Bureau labeled as

6   the December 2017 report entitled "The Consumer Credit

7   Card Market."  When you get a chance, take a look at

8   that, briefly scan through, tell me if that looks like

9   the report that you're relying on.

10                 (Exhibit 106 was marked for

11                 identification.)

12        A    It's 352 pages, so it's pretty long.

13        Q    Does that sound about like the report you

14   used?

15        A    Yeah.  And the date is December 2017.  Let me

16   just check the citation and we can see if that -- sorry,

17   it's just very long.  Trying to find page 72.

18             Yeah, that -- that seems -- seems like the

19   report.

20        Q    Okay.  And you found in this report that some

21   of the data that you're relying on or cite to?

22        A    Yes.

23        Q    All right.  Let's do the other one.

24        A    Is there a way to download it so I can go to

25   different parts of it more easily?  Or do I have to work

Page 87

1    within the Exhibit Share?

2        Q    There should be, on your screen --

3        A    I -- yeah, I've --

4        Q    -- and I'm not going to spend too much time in

5    here, but there should be download button across the

6    top.

7        A    Yeah, I got it.  Yeah.

8        Q    So I've marked as Exhibit 107 a report by the

9    Consumer Financial Protection Bureau labeled September

10   2021, titled "The Consumer Credit Card Market."  Do you

11   see that?

12                (Exhibit 107 was marked for

13                 identification.)

14       A    I do.

15            I apologize, I'm going to turn my phone off,

16   which happens to be ringing.  My friend "Scam Likely" is

17   calling me.

18       Q    Good to know.

19       A    Sorry.

20       Q    It's okay.

21       A    I'm sure you have the same friend.

22            Okay.  Sorry, you're saying September --

23       Q    2021.  And again, is this a report that you're

24   relying on for part of your opinions?

25       A    Here, let me -- let me find the -- I mean, it

1    looks like.  But let me just find citation on 21, and

2    then I'll -- yeah, it seems like the right report.

3         Q    All right.  And you excerpted parts of these

4    reports that we've marked as Exhibits 106 and 107 in

5    Appendix C of your rebuttal report; correct?

6         A    Yes.

7         Q    And in particular, you refer to the section of

8    the CFPB reports that discuss Total Cost of Credit for

9    general purpose credit cards and private label credit

10   cards; correct?

11        A    Yes.

12        Q    And did you conclude that in some way these

13   types of consumer credit are reasonable proxies for the

14   credit extended by AFF, for purposes of your opinion?

15             MR. BALOGH:  Object to the form.

16             THE REPORTER:  Acknowledged.

17        A    So what I did was try to evaluate whether or

18   not the 10 percent kind of benchmark rate that Mr.

19   McFarlane used was a reasonable rate.  So what I was

20   trying to do was look out at the marketplace where we

21   could find information on rates that are charged for

22   unsecured credit.  And these are the data that I found

23   that were -- that gave me the ability to look at those

24   rates by credit scores.  So my -- and what they showed

25   me was that the rates that I'm seeing for the lower

1    tiers of credit scores are higher than the 10 percent

2    but-for rate that was used.

3              But that's the -- the purpose of looking at

4    these reports.  Whether I went -- I didn't do the

5    reverse and say, "Let me look at the AFF retail

6    installment sales contracts and try and find something

7    that is commensurate with that and figure out what rate

8    kind of should have been charged for those," if that

9    distinction makes sense.

10   Q    Okay.  Do you have any idea of what lenders'

11   data might be included in the data that you excerpted

12   from these reports?  Just in general.

13   A    So they would be -- are you saying, like,

14   U.S. Bank or Bank of America?

15   Q    Yeah, like, who do you think it would be?  Or

16   who do you think some of them might be?

17   A    It would be issuers of credit cards, so people

18   who issue Visa or Mastercard or other types of credit

19   cards on the -- the general purpose credit.  The private

20   label cards would be things that are kind of merchant or

21   retailer specific, so like a Macy's card or something

22   like that.

23   Q    Okay.  And those are actors that you would

24   consider to be knowledgeable about how to price their

25   products in the market they're operating, would you not?

Page 90

1      A    I -- I didn't -- I didn't make that

2   determination.  They're definitely entities that are

3   active in -- active in the market, issuing credit cards.

4      Q    Well, you, as an economist, you would expect

5   corporations like U.S. Bank and Macy's and the like to

6   be somewhat knowledgeable about how to price their

7   products in the markets they're operating, would you

8   not?

9      A    I would expect that they're offering rates

10   that they think are -- yeah, the -- the rates that they

11   can do best at operating their businesses.

12      Q    Okay.  In paragraph 59 of your report, you

13   referred to the Total Cost of Credit.  What does that

14   refer to in this context?

15      A    That -- that's the -- what is measured by the

16   CFPB.  So it's both the interest received by the entity

17   offering the credit as well as the fees that they

18   receive as well.  So it's the -- the total cost to the

19   consumer for the credit that they received.

20      Q    Okay.  So everything that the consumer pays,

21   interest, fees, whatever, right?

22      A    Yes.

23      Q    It's not the cost of credit to the lender,

24   which would be a different calculation.  It's the cost

25   of credit to the consumer, considering all the aspects

1    of that financial product; correct?

2         A    It's the cost the consumer is paying.  I'm not

3    sure the distinction you're making when you say cost "to

4    the lender."  But it's -- it is the -- what the consumer

5    is paying, correct.

6         Q    Okay.  And the data that you pulled from the

7    report shows different rates of the Total Cost of Credit

8    for different levels of credit scores with the

9    definitions that are included in your Appendix C;

10   correct?

11        A    Yes.

12        Q    So if you look at that, Appendix C has

13   got -- "subprime" is defined as consumers with credit

14   scores 580 to 619; correct?

15        A    Yes.

16        Q    And "deep subprime" includes consumers with

17   credit scores of 579 or less; correct?

18        A    Yes.

19        Q    And you would expect that there are many

20   members in the alleged class in California that are

21   within these ranges; correct?

22             MR. BALOGH:  Object to the form.

23             THE REPORTER:  Acknowledged.

24        A    Yes, I would expect that the -- the average

25   borrower to be among the lower credit score tiers.

Page 92

1    There are probably also people under the "thin or stale"

2    credit score files or the "credit invisible" as well.

3        Q    Okay.

4        A    That doesn't mean everyone in the class falls

5    there, but I would expect most fall there.

6        Q    So looking at your Appendix C on the second

7    page, you've got the information from the 2017 CFPB

8    credit card report, right?

9        A    Yes.

10       Q    And that shows data for the year 2016;

11   correct?

12       A    Yes.

13       Q    So looking at -- first of all, can you tell me

14   the difference between figure 3 and figure 4 on that

15   page?

16       A    I believe figure 4 is limited to revolving

17   accounts, and figure 3 is broader than that.  But we

18   should go to the report to find the exact --

19       Q    So as you understand it -- just I don't want

20   to get into a lot of detail; I just wanted to get a

21   basic understanding of why there are two different

22   charts here.  What does that mean?

23       A    So I think -- I'm just looking at the -- or, I

24   think, I've -- to answer it, to give you a good answer,

25   I'd want to go back and look at the definitions in the

Veritext Legal Solutions
866 299-5127

1    report.  I think revolver is -- if you don't want me to

2    do that, I'm just answering from my recollection as I

3    sit here now.  It might be revolving account are those

4    that you're carrying a balance from month to month.  But

5    I would want to go back to the report just to make

6    sure --

7        Q    Okay.  Well, there's not a whole lot of

8    difference between the data in the two tables.  Anyway,

9    just trying to get some understanding of why there were

10   two.

11            If we look at -- which table were you using to

12   come up with your numbers in paragraph 60?

13       A    So -- so you get to the similar -- you get to

14   a similar place.  I'm just saying approximately 40

15   percent.

16       Q    Okay.

17       A    So you get approximately the same place.

18       Q    So you could use either.

19            Okay.  So I guess, looking at your paragraph

20   60 -- actually, I'd like to look at the table.  You can

21   refer to 60 if you want.  But looking at the tables on

22   your Appendix C, working from figure 3 of the 2017

23   credit card report for general purpose credit cards, it

24   shows that the highest Total Cost of Credit to the

25   consumer would be in the deep subprime category at about

1    25 percent, right?

2        A    Are you saying general purpose or private

3    label?

4        Q    General purpose.

5        A    General purpose, yeah, approximately that.

6        Q    And in the private label cards, it indicates

7    the highest rate for deep subprime to be up about 40

8    percent.  Is that right?

9        A    Approximately, yes.

10       Q    I'm sorry, I didn't hear your answer.

11       A    I apologize, I thought I'd answered it.  Can

12   you restate the question?  I'm sorry.  I was wondering

13   why you didn't go on.

14       Q    Yeah.  For the private label, it shows that

15   the highest rate is for the deep subprime at

16   approximately 40 percent Total Cost of Credit to the

17   consumer, right?

18       A    Yes.

19       Q    Okay.

20       A    Sorry about that.

21       Q    And the subprime rates are less than those, at

22   something below 20 percent for the general purpose

23   credit cards and about 32 percent for the private label

24   cards, right?

25       A    Yeah, I'd say that's right within a percent of

Veritext Legal Solutions
866 299-5127

1    two, about.

2        Q    All right.  Now I'd like to look at the charts

3    on the prior page of your report, figure 1 and figure 2

4    from the 2021 report.  It shows that for the years from

5    2017 to 2020, the Total Cost of Credit for deep subprime

6    accounts in the general purpose cards is around 30

7    percent, right?

8        A    Yeah, I think I had said 30 to 32

9    approximately.  But yeah, I mean, approximately 30

10   percent.  It's somewhere -- it's always somewhere above

11   30, but it's pretty close to 30.

12       Q    Slightly above 30.

13           And the Total Cost of Credit for deep subprime

14   on the general purpose cards was about -- strike that.

15           Okay.  Yeah, looking at the chart below that,

16   in figure 2, for the private label cards, the Total Cost

17   of Credit to the consumer for those 4 years was at or

18   below 40 percent for deep subprime; correct?

19       A    Subprime and deep subprime is the category.

20       Q    Okay.

21       A    But yeah, approximately 35 to 40 percent.

22       Q    And for subprime in the general purpose cards,

23   it's 25 percent or below for the 4 years, 2017 to 2020;

24   correct?

25       A    Approximately 25 percent.  But if -- if --

Page 96

1       Q    Twenty-five percent or below, I see,

2   approximately, right.

3       A    Well, I mean, it would go on either side

4   of -- of that.  I think one might -- like, 2019 might be

5   a little above.  The others might be a little -- 2018

6   might be closer.  The others are below.  But, I mean,

7   they're within a percent or so of 25 percent.

8       Q    Okay.  And as you indicated for the private

9   label cards, it's in the same category, 40 percent of

10  less as the deep subprime; correct?

11      A    Yeah.  Though I -- I downed it 35 to 40 just

12  to be more precise.

13      Q    Okay.

14      A    But it is in the same category.

15      Q    So and for each of these two categories,

16  subprime and deep subprime, the numbers are fairly

17  consistent over the five years that we've looked at;

18  correct?

19      A    They're within the ranges that we -- we talked

20  about, so within a couple percentage points of each

21  other.

22      Q    Right.  So there are slight adjustments of a

23  couple percentage points each year.  But there's nothing

24  like 20 percent of 50 percent swings, is there?

25      A    No.  And the biggest difference -- like when

Page 97

1    you split subprime and deep prime, I mean, there's a

2    5-ish percent difference between those.

3        Q    But within the categories, just a couple of

4    percent over the five years, right?

5        A    Yeah.

6        Q    They stay relatively stable?

7        A    Correct.  If you looked underneath that,

8    there's probably more variability.  But the averages are

9    pretty consistent.

10        Q    Okay.  And as an economist, you would expect

11    that the lenders charging these rates to be factoring in

12    the cost of capital, their expense structures, their

13    collections rates, and the like, to be charging rates

14    that are profitable, right?

15                    MR. BALOGH:  Object to the form.

16                    THE REPORTER:  Acknowledged.

17        A    So I'll answer that and then modify or append

18    a prior answer.  I would expect them to be charging

19    rates that allow them to make a profit and cover their

20    expenses, yes.

21            One of the -- as you -- if you look at the

22    second page of Appendix C, you'll see the display

23    between interest and fees.  So if you're trying to look

24    at the amount that any individual consumer is paying,

25    it's going to differ between those who paid fees and

1     those who didn't.  Those that repaid their credit in

2     such a way that they incurred fees are going to have a

3     higher Total Cost of Credit than those people who repaid

4     their -- their -- the amounts borrowed and didn't end up

5     incurring fees.  So any amount that any individual

6     consumer paid is going to be variable based on that.

7     But the overall rate that the portfolio of people paying

8     is consistent in the ways we discussed.

9          Q    Okay.  So the rates being paid by the

10    consumers in a portfolio would equate out to the rates

11    that are shown on the charts because these are averages

12    or aggregates of large populations, right?

13         A    The -- the reason I'm pausing is because when

14    you say "a portfolio," what I was -- I would -- and I

15    think what you're asking is, given everyone whose data

16    is included in these, the CFPB calculation, the overall

17    rate that they're paying is going to be what's shown in

18    the CFPB rates here.  But any individual person

19    underneath that might pay a different effective rate.

20         Q    And why is that?

21         A    If I -- if you paid off your credit card every

22    month, even if you're deep prime, you're -- you're not

23    paying any interest.  If I, however, carry a large

24    balance and pay late, I'm going to pay more interest and

25    incur lots of fees.  So the -- the cost that I am

                                                    Page 99

1   incurring for the credit I have, which might be the same

2   amount borrowed as you, is going to be higher than you

3   would pay if you're paying it off every month.  And we

4   might both be subprime or deep subprime.

5       Q    Can you explain that to me?  I looked back at

6   your paragraph 59 to find that Total Cost of Credit.

7   Explain to me what you just said, how it relates to the

8   definition of the Total Cost of Credit.

9       A    So the Total Cost of Credit is what a person

10  is paying for the credit they receive.  So on a credit

11  card, they -- if you make your payment, basically, at

12  the end of the month you incur -- or you make a

13  purchase, you end up actually not paying interest on

14  that amount that you received credit on.  If you carry

15  it over into the next period, then you do pay interest

16  on that amount.

17          So if you imagine two people, one person who

18  pays off their credit card every month and one person

19  who carries a balance, the first person actually has

20  zero cost of credit 'cause they're paying it off.  The

21  second person is going to have a positive cost of credit

22  because they are carrying a balance, and therefore,

23  incurring interest.  Imagine there's a third person who

24  not only carries a balance but pays late, that person is

25  not only paying the interest, but they're also paying

Page 100

1    the late fee associated with that.

2        Q    So what does it mean in the Total Cost of

3    Credit when it refers to "payments by consumers to

4    issuers as an annualized percentage of cycle-ending

5    balances"?

6        A    So to come up with a rate, you need a

7    denominator.  You need the amount of money you paid, but

8    then you need to put that over some type of denominator.

9    Because I could -- two people could have paid a hundred

10   dollars in interest.  But if you had, basically, bought

11   $10,000 in purchases, and I bought $100 in purchases,

12   well, my actual interest rate is going to be much higher

13   because I paid $100 in interest and only bought $100.

14           So in that situation, I had 100 percent

15   interest rate.  You had $10,000 in purchases and paid

16   100 percent in interest.  So your interest rate is going

17   to be 100 times lower than my rate.

18       Q    Okay.  I'd like to focus now back on the

19   charts, figure 1 and figure 2 on your Appendix C,

20   looking at the change in rates from 2019 to 2020 for

21   both the Total Cost of Credit, revolving accounts,

22   general purpose, and the private label.

23       A    Yes.

24       Q    Okay.  So would you agree with me that for the

25   nine different credit score tiers shown and for the

1    overall Total Cost of Credit for both types of account,

2    every single category shows a decline in the Total Cost

3    of Credit for consumers from 2019 to 2020; correct?

4              MR. BALOGH:  Object to the form.

5              THE REPORTER:  Acknowledged.

6    A    So when you say "nine" categories shown, I'm

7    not sure what the nine are.  But I would agree that the

8    2020 rates are lower than the 2019 rates.

9    Q    Well, in the table 1, there are five separate

10   categories plus overall.  In figure 2, there are four

11   separate categories plus the overall.  So I added the

12   five and the four; that's nine categories that they're

13   measuring.

14   A    Isn't it 11?  I mean, 11 sets of bars?

15   Q    Well, it combines the subprime and deep

16   subprime into one category in the second, and then the

17   two overall.  However you look at it, every single bar

18   chart in figure 1 and figure 2 shows a decline in rate

19   of the Total Cost of Credit from 2019 to 2020; correct?

20   A    I would agree, however you're -- in every bar

21   chart there -- however you want to calculate them, yes,

22   the 2020 rates are lower than the 2019 rates.

23   Q    All right.  Let's go to the report and see if

24   we can find page 47.

25             All right.  Did you find it?

Veritext Legal Solutions
866 299-5127

1      A     Yes, I'm on page 47 of the 2017 report.

2      Q     I'm looking at the 2021 report.

3      A     Oh, well -- well, no.

4      Q     Sorry.

5      A     No problem.  I was going to clarify, but then

6  I thought it would be the one.

7      Q     Exhibit 107.

8      A     Yeah, I got that.  Sorry.

9            All right.  It has 2.5 "Delinquency" at the

10  bottom.  Is that accurate?

11     Q     It's the page that you pulled figure 1 and

12  figure 2 from.

13     A     Okay.  Let's make sure we're in the right

14  place then.

15           Maybe I'm -- I might have been -- I was on 27,

16  my apologies.  Yeah, sorry.

17           Okay.  Got it.  Now I'm on page 47 of the 2020

18  report.

19     Q     Okay.  And it has the two bar charts?

20     A     Yes.

21     Q     Right.  If you look at the text there, it

22  says, "On the private label side," Total Cost of Credit,

23  "on revolving accounts similarly rose in 2019 before

24  receding in 2020, both overall and for every credit tier

25  except superprime," right?

Page 103

1      A    I do see that.

2      Q    Well, and we're not really dealing with

3  superprime in this case much, are we?

4                MR. BALOGH:  Object to the form.

5                THE REPORTER:  Acknowledged.

6      A    I have not analyzed how many people are

7  superprime in the potential class.  But I think we

8  agreed that most of the people in the class are probably

9  in the -- the lower tiers.

10     Q    Right.  So this again, it says that every

11  credit tier that's relevant here decreased or receded in

12  2020, right?

13     A    The -- I would take out "that's relevant

14  here," and I would just say the tiers that are -- I

15  mean, I'd -- I'd agree with what's said in the

16  statement.

17     Q    Okay.  If you go back -- and there was

18  economic factors that were driving interest rates down

19  2019 to 2020; correct?

20     A    I would -- yes, I would expect that there were

21  economic factors which led to the reduction of rates in

22  2020, probably related to COVID.

23     Q    Right.  And if you look back one page, at page

24  46, the last sentence says, "Between August 2019 and

25  March 2020, the prime rate decreased a total of 2

                                            Page 104

1    percentage points, which drove the decline in," Total

2    Cost of Credit, "because most consumer credit cards have

3    variable rates that are tied to changes in the prime

4    rate," right?

5        A    Yes.

6        Q    So it's showing the prime rate is dropping 2

7    percentage points between 2019 and 2020, right?

8        A    Yes.

9        Q    And as a major national corporate lender, you

10    would expect AFF to be able to obtain its own credit at

11    or around somewhere near the prime rate, right?

12                MR. BALOGH:  Object to the form.

13                THE REPORTER:  Acknowledged.

14        A    I haven't looked at how AFF is capitalized and

15    their source of the credit.  So I don't actually know

16    what their cost of capital is.

17        Q    Well, you would expect their cost of capital

18    would be following a national trend, like this decline

19    in the prime rate; correct?

20                MR. BALOGH:  Object to the form.

21        A    I think that's an overgeneralization that --

22                THE REPORTER:  Acknowledged.

23                THE WITNESS:  Sorry.

24                I would see I would need to look at their

25    capital structure to answer that question.  I don't

Veritext Legal Solutions
866 299-5127

1    think it has to be tied to the prime rate.

2    BY MR. GREEN:

3        Q    Well, not necessarily tied to, but would be

4    following the same trends, right?  I mean, these are

5    national economic interest rate trends, right?

6                    MR. BALOGH:  Object to the form.

7                    THE REPORTER:  Acknowledged.

8        A    So they could have -- their -- their borrowing

9    might be locked in so that it's locked in at historical

10   rates.  So simply because rates fall doesn't mean that

11   their cost of capital would fall because they might have

12   historical interest rates on a variable.  So it might

13   not be a one for one move.

14       Q    Do you recall from the testimony we looked at

15   before what change AFF made to its standard rate and its

16   security agreements in California in 2020?

17       A    I remember the assessment about there was

18   testimony about the rate changing.  I don't know if it

19   was specific to California or not.

20       Q    Well, it included California, right?  Not

21   necessarily specific to but included?

22       A    I -- I would assume it included California,

23   yes.

24       Q    And it increased from 144.59 percent to 170

25   percent in 2020; correct?

Veritext Legal Solutions
866 299-5127

1      A      That's --

2                 MR. BALOGH:  Object to the form.

3                 THE REPORTER:  Acknowledged.

4      A      That's my recollection as I sit here now, yes.

5      Q      All right.  And in your report, you do not

6   identify any economic factors that could in any way

7   justify this increase at a time when the Total Cost of

8   Credit in these data and in the market were declining,

9   isn't that correct?

10                MR. BALOGH:  Object to the form.

11                THE REPORTER:  Acknowledged.

12     A      That's outside my assignment.  I

13   wasn't -- didn't look at that in any way.

14     Q      Nothing in your report or in your opinions is

15   in any way intended to justify or establish the basis

16   for the standard rates charged by AFF during the class

17   period, isn't that correct?

18                MR. BALOGH:  Object to the form.

19                THE REPORTER:  Acknowledged.

20     A      Yes, that's outside my assignment.

21     Q      All right.  And nothing in your report ties

22   any facts you discovered about AFF's business to the

23   difference between deep subprime rates shown in the CFPB

24   data at 40 percent or below and the rate charged by AFF

25   in a range from 120 to 170 percent, isn't that correct?

Page 107

```
1                CERTIFICATE OF DEPOSITION OFFICER

2              I, AERIK BRANCH, the officer before whom the

3    foregoing proceedings were taken, do hereby certify that

4    any witness(es) in the foregoing proceedings, prior to

5    testifying, were duly sworn; that the proceedings were

6    recorded by me and thereafter reduced to typewriting by

7    a qualified transcriptionist; that said digital audio

8    recording of said proceedings are a true and accurate

9    record to the best of my knowledge, skills, and ability;

10   that I am neither counsel for, related to, nor employed

11   by any of the parties to the action in which this was

12   taken; and, further, that I am not a relative or

13   employee of any counsel or attorney employed by the

14   parties hereto, nor financially or otherwise interested

15   in the outcome of this action.

16

17

18

19

20

21

22           AERIK BRANCH

23           Notary Public in and for the

24           State of Washington

25   [X] Review of the transcript was requested.
```

Page 112

```
 1                CERTIFICATE OF TRANSCRIBER
 2            I, CAYLA LOTT, do hereby certify that this
 3      transcript was prepared from the digital audio recording
 4      of the foregoing proceeding, that said transcript is a
 5      true and accurate record of the proceedings to the best
 6      of my knowledge, skills, and ability; that I am neither
 7      counsel for, related to, nor employed by any of the
 8      parties to the action in which this was taken; and,
 9      further, that I am not a relative or employee of any
10      counsel or attorney employed by the parties hereto, nor
11      financially or otherwise interested in the outcome of
12      this action.
13
14      Dated: March 31, 2022
15
16
17
18
19                CAYLA LOTT
20
21
22
23
24
25
```

Veritext Legal Solutions
866 299-5127