# EXHIBIT 11

```
 1                  UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3
 4     MARIA ANDRADE, et al.,           )   Case No.
                                        )   3:18-cv-06743-SK
 5              Plaintiff,              )
                                        )
 6     vs.                              )
                                        )
 7     AMERICAN FIRST FINANCE, INC.,    )
       et al.,                          )
 8                                      )
                Defendants.              )
 9     _____)
10
11
12             VIDEO-RECORDED VIDEOCONFERENCE
13              DEPOSITION OF JOHN REGINALD BRITT
14       RULE 30(b)(6) OF AMERICAN FIRST FINANCE, INC.
15                Friday, September 10, 2021
16                         Volume I
17
18
19
20     Reported by:
       ROCHELLE HOLMES
21     CSR No. 9482
22     Job No. 4756868
23     PAGES 1 - 156
24
25
                                                       Page 1
```

```
 1    the plaintiff.
 2            MS. HINTON:  Alicia Hinton also representing
 3    plaintiff.
 4            MR. THREADCRAFT:  Joshua Threadcraft on
 5    behalf of the defendant.                              10:04:40AM
 6            MR. TOPOR:  And Jeff Topor on behalf of the
 7    defendant and the witness.
 8            THE VIDEOGRAPHER:  Thank you.  Will the court
 9    reporter please swear in the witness.
10
11                    JOHN REGINALD BRITT,
12    having been duly administered an oath in accordance
13    with CCP 2094, was examined and testified as follows:
14
15                         EXAMINATION
16    BY MR. GREEN:
17        Q    Good morning, Mr. Britt.  Could you state and
18    spell your full name for the record, please?
19        A    Sure.  It's John, J-O-H-N, Reginald,
20    R-E-G-I-N-A-L-D, Britt, B-R-I-T-T.                    10:05:17AM
21        Q    I understand you go by Reggie Britt.  Is it
22    okay if we use that for you today, please?
23        A    Yes.  That's the name I go by.  I prefer
24    that.
25        Q    Thank you.                                   10:05:32AM
```

Page 9

| | | |
|---|---|---|
| 1 | My name is Robert Green. I'm attorney for | |
| 2 | Maria Andrade and I'll be taking your deposition today. | |
| 3 | Are you aware that you're being deposed today | |
| 4 | in the case of Maria Andrade versus American First | |
| 5 | Finance, Inc.? | 10:05:50AM |
| 6 | A   I am. | |
| 7 | Q   And are you represented by an attorney for | |
| 8 | purposes of this deposition? | |
| 9 | A   I am. | |
| 10 | Q   And who is that? | 10:05:56AM |
| 11 | A   Joshua Threadcraft. | |
| 12 | Q   Is he there in the room with you? | |
| 13 | A   He is. | |
| 14 | Q   Is anyone else in the room with you? | |
| 15 | A   No. | 10:06:09AM |
| 16 | Q   And are you currently employed at American | |
| 17 | First Finance? | |
| 18 | A   I am. | |
| 19 | Q   And what is your position, sir? | |
| 20 | A   I'm the chief technology officer. | 10:06:18AM |
| 21 | MR. GREEN:  All right.  I'd like to put on | |
| 22 | the record a couple of stipulations.  The parties have | |
| 23 | agreed that this deposition is to be taken by video | |
| 24 | teleconference on oral examination before an officer or | |
| 25 | officers certified and authorized by law to record | 10:06:37AM |

1  A   Sure.
2  Q   I guess actually you have to pull it up,
3  you've got to go back and click on the top exhibit,
4  Plaintiff Exhibit 39.
5  A   Okay.                                          02:37:04PM
6  Q   And you found the exhibit and you found Topic
7  No. 7?
8  A   I did.
9  Q   Okay.  You would agree with me, would you
10 not, that American First Finance does not have a   02:37:14PM
11 lender's license in the state of California; correct?
12 A   It's my understanding that we do not.
13 Q   And what -- what work did you do to inform
14 yourself of information known at American First Finance
15 about this particular topic?                        02:37:36PM
16 A   I spoke to our in-house counsel about the
17 mechanics of a retail installment sales program.
18 Q   And did you do anything else?
19 A   No, I did not.
20 Q   Did you look at any documents?                  02:38:04PM
21 A   No, I did not.
22 Q   Did you talk to Doug Rippel?
23 A   I did not.
24 Q   Did you make a determination as -- as to who
25 in the organization made the decision to offer its  02:38:25PM

Page 90

```
 1         CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
 2         I, Rochelle Holmes, the undersigned, a Certified
 3    Shorthand Reporter of the State of California, do
 4    hereby certify:
 5         That the foregoing proceedings were taken
 6    before me via videoconference; that any witnesses in
 7    the foregoing proceedings, prior to testifying, were
 8    administered an oath; that a record of the proceedings
 9    was made by me using machine shorthand which was
10    thereafter transcribed under my direction; that the
11    foregoing transcript is a true record of the testimony
12    given.
13         Further, that if the foregoing pertains to the
14    original transcript of a deposition in a Federal Case,
15    before completion of the proceedings, review of the
16    transcript [X] was [ ] was not requested.
17         I further certify I am neither financially
18    interested in the action nor a relative or employee
19    of any attorney or any party to this action.
20         IN WITNESS WHEREOF, I have this date subscribed my
21    name:  September 29, 2021.
22
23
24    _____
          Rochelle Holmes
25        CSR No. 9482, CCRR No. 0123
```

Page 153