**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA ANDRADE, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FIRST FINANCE, INC., et al.<br><br>Defendants. | Case No.: 3:18-cv-06743-SK<br><br>**PLAINTIFF'S PROPOSED VERDICT FORM**<br><br>Trial Date: April 11, 2023<br>Time: TBD<br>Loc.: Crtrm C/15th Floor<br>Judge: Hon. Sallie Kim |



00124509.000

## PLAINTIFF'S PROPOSED VERDICT

**1. Violations of Civil Code, Section 1770 (a)**

A. Is Plaintiff a consumer who purchased goods or services as part of a transaction?

Yes ________ No ________

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

B. Is American First Finance ("AFF") or its agent a person that provided goods or services to Plaintiff as part of a transaction?

Yes ________ No ________

**2. California Financing Law**

A. Intent to Evade California Financing Law

On the question of intent to evade California Financing Law, we find in favor of:

(choose one)

____ Plaintiff and against Defendant

____ Defendant and against Plaintiff

B. Operating Without a Lending License

On the question of conducting its transactions with Plaintiff while not possessing a California lending license, we find in favor of:

(choose one)

____ Plaintiff and against Defendant

____ Defendant and against Plaintiff

C. Charging in Excess of California Financing Law

On the question of charging, contracting for, or receiving amounts from Plaintiff in excess of amounts permitted by the California Financing Law, we find in favor of:

(choose one)

____ Plaintiff and against Defendant

____ Defendant and against Plaintiff

**3. Violations of Civil Code § 1770 (a)(14)**

A. Did AFF or its agent make a representation or omission that a transaction with Plaintiff conferred or involved rights, remedies or obligations that it did not have or that are prohibited by law?

Yes ________ No ________

**3. Violations of Civil Code § 1770(a)(2)**

A. Did AFF or its agent make a misrepresentation or omission to Plaintiff regarding the source, sponsorship, approval, or certification of goods or services?

Yes ________ No ________

**4. Violations of Civil Code § 1770(a)(3)**

A. Did AFF or its agent make a misrepresentation or omission to Plaintiff regarding the affiliation, connection, or association with, or certification by, another to Plaintiff?

Yes ________ No ________

**5. Violations of Civil Code § 1770(a)(5)**

A. Did AFF or its agent make a misrepresentation or omission to Plaintiff as to whether that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have or that AFF or its agent has a sponsorship, approval, status, affiliation, or connection that they do not have?

Yes ________ No ________

**6. Notice Requirement**

A. Did Plaintiff send AFF the notice that is required by the CLRA?

Yes ________ No ________

If your answer to question 6 is yes, then answer question 7. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form

**Answer Question 7 only if you have answered, for Plaintiff and against Defendant in any of the questions above:**

**7. Damages**

A. Please indicate the amount if any, in dollars, that you award to Plaintiff:

$__________________

**PUNITIVE DAMAGES**

**Answer Question 8 only if you have awarded an amount of damages in question 7.**

8. Do you find by clear and convincing evidence that American First Finance acted with oppression, fraud or malice in committing violations of the CLRA?

Yes ________ No ________

**Answer Question 9 only if you have answered "Yes" to Question 8**

9. Please indicate the amount if any, in dollars, that you award as punitive damages to plaintiff against American First Finance:

$__________________________

**Unruh Act**

**Answer Question 10 only if you found in favor of Defendant and against Plaintiff in Section 2. California Financing Law, above**.

10. Did American First Finance purchase the Security Agreement from Elegant Furniture?

Yes ________ No ________

If your answer to question 10 is yes, then answer question 11. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

11. Did Elegant Furniture deliver a copy of the Security Agreement to Plaintiff after she purchased the furniture?

Yes ________ No ________

If your answer to question 11 is yes, then answer question 12. If you answered no, answer question 13.

12. Did Elegant Furniture provide to Plaintiff a single document describing the entire agreement with respect to the cost and terms of payment and a description of the purchased goods sufficient to identify them?

Yes ________ No ________

If your answer to question 12 is yes, stop here, answer no further questions, and have the presiding juror sign and date this form. If you answered no, then go to question 13.

13. You should award Plaintiff $2151.15 against AFF.

DATED: ________________

____________________________
Jury Foreperson