UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA ANDRADE,

    Plaintiff,

v.

AMERICAN FIRST FINANCE, INC., et al.,

    Defendants.

Case No. 18-cv-06743-SK

**ORDER ON MOTIONS *IN LIMINE***

Regarding Docket Nos. 336, 337, 338, 339, 340, 341, 342, 343, 344

The Court RULES as follows on the parties' motions *in limine*:

1. Plaintiff's motion *in limine* No. 1 to exclude Paul Soter – GRANTED;

2. Plaintiff's motion *in limine* No. 2 to exclude documents not previously produced – GRANTED;

3. Plaintiff's motion *in limine* No. to exclude any reference to previous class – GRANTED;

4. Plaintiff's motion *in limine* No. 4 to require Defendant to produce witnesses in person during Plaintiff's case in chief – DENIED;

5. Defendant's motion *in limine* No. 1 to preclude evidence and witnesses not previously identified by name – GRANTED;

6. Defendant's motion *in limine* No. 2 to exclude Levitan opinion – GRANTED;

7. Defendant's motion *in limine* No. 3 to bifurcate punitive damages – DENIED;

8. Defendant's motion *in limine* No. 4 to exclude bench trial issues from jury trial issues – DENIED IN PART and GRANTED IN PART.  To extent that Plaintiff wishes to introduce evidence of unconscionability, which is relevant both to the jury trial issue and to the bench trial issue, the Court will allow Plaintiff to present that evidence to the jury for its claim based on unconscionability (Consumers Legal

Remedies Act, California Civil Code § 1770(a)(19)) and seek an advisory opinion from the jury for the California Unfair Competition Law claim; and

9. Defendant's motion *in limine* No. 5 to exclude evidence of conviction – DENIED.

**IT IS SO ORDERED**.

Dated: March 9, 2023

_____
SALLIE KIM
United States Magistrate Judge

2