UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ANDRADE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN FIRST FINANCE, INC., et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-06743-SK<br><br>**ORDER DENYING MOTION FOR FURTHER SANCTIONS**<br><br>Regarding Docket No. 335 |

This matter comes before the Court upon consideration of the motion to for further sanctions filed by Defendant American First Finance, Inc. ("AFF"). The Court finds the motion suitable for disposition without oral argument and, thus, VACATES the hearing scheduled for March 20, 2023. *See* N.D. Civ. L.R. 7-1(b). Having carefully considered the parties' papers, relevant legal authority, and the record in the case, the Court hereby DENIES AFF's motion for sanctions. The Court agrees that this motion is, in essence, a motion for reconsideration filed without leave of Court. Moreover, while AFF is understandably concerned by the number of individual lawsuits and arbitration proceedings which seem to have arisen out of Plaintiff's counsel's initial misuse of confidential information, there is no evidence of any continued use the confidential information after the Court ruled on remedial measures. Plaintiff's counsel paid the sanction and sent out the required notice informing the individuals of their misconduct. The individuals still elected to retain Plaintiff's counsel.

/ / /

/ / /

/ / /

/ / /

/ / /

1  The Court will not interfere with that relationship, particularly in the absence of any
2  evidence of continued or new wrongdoing.  Therefore, the Court DENIES AFF's motion.
3  **IT IS SO ORDERED**.
4  Dated: March 16, 2023

_____
SALLIE KIM
United States Magistrate Judgep