UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA ANDRADE,

        Plaintiff,

    v.

AMERICAN FIRST FINANCE, INC., et al.,

        Defendants.

Case No.  18-cv-06743-SK

**SPECIAL VERDICT FORM**

**SECTION 1 – Consumer Legal Remedies Act**

1.  Did Plaintiff send Defendant notice as required by the Consumer Legal Remedies Act?

    Yes_____    No_____✗_____

*If Yes, proceed to Question 2.  If No, proceed to Question 6.*

2.  Did Defendant, either directly or through an agent, provide goods or services to Plaintiff?

    Yes_____    No_____

*If Yes, proceed to Question 3.  If No, proceed to Question 6.*

3.  Did Defendant, either directly or through an agent, misrepresent to Plaintiff in a transaction the source, sponsorship, approval, or certification of goods or services?

    Yes_____    No_____

*Proceed to Question 4.*

4.  Did Defendant, either directly or through an agent, misrepresent to Plaintiff in a transaction the affiliation, connection, or association with, or certification by, another to Plaintiff?

    Yes_____    No_____

*Proceed to Question 5.*

5.  Did Defendant, either directly or through an agent, represent to Plaintiff in a transaction

1    that goods or services have sponsorship, approval, characteristics, ingredients, uses,

2    benefits, or quantities that they do not have?

3        Yes_____        No_____

4  *Proceed to Question 6.*

5  6.    Do you find that the Security Agreement was a consumer loan?

6        Yes_____        No____✕_____

7  *If you answered Yes to Questions 1, 2, and 6, proceed to Question 7.*

8  *If you answered Yes to Questions 1 and 2 but answered No to Question 6, proceed to Question 8.*

9  *If you answered No to Questions 1 or 2, and answered No to Question 6, proceed to Section 2.*

10  *If you answered No to Questions 1 or 2, and answered Yes to Question 6, then sign and return the*

11  *verdict.*

12  7.    Did Defendant, either directly or through an agent, represent to Plaintiff that a transaction

13        confers or involves rights, remedies, or obligations that it does not have or involve, or that

14        are prohibited by law?

15        Yes_____        No_____

16  *Proceed to Question 8.*

17  8.    The Court determined that the annual percentage rate of 120% in the Security Agreement

18        was unconscionable. Did Defendant, either directly or through an agent, insert this

19        provision into the Security Agreement?

20        Yes_____        No_____

21  *If you answered Yes **to any one of** Questions 3, 4, 5, 7, or 8, proceed to Question 9. If answered*

22  *No **to all of** Questions 3, 4, 5, 7, and 8, proceed to Section 2.*

23  9.    Did Plaintiff suffer any damage as a result of the conduct of Defendant, either directly or

24        through an agent?

25        Yes_____        No_____

26  *If Yes, proceed to Question 10. If No, proceed to Section 2.*

27  / / /

28  / / /

United States District Court
Northern District of California

United States District Court
Northern District of California

10. What damages do you find that Plaintiff incurred as a result of Defendant's violation of the Consumer Legal Remedies Act?

Amount: _____

*Proceed to Section 2.*

### SECTION 2 – Unruh Act

*If you found that the Security Agreement was a consumer loan (answered Yes to Question 6), proceed to Section 3. If you found that the Security Agreement was not a consumer loan (answered No to Question 6), proceed to Question 11.*

11. Is Plaintiff a retail buyer who purchased goods under a retail installment contract?

Yes___X___    No_____

*If Yes, proceed to Question 12. If No, proceed to Section 3.*

12. Is Defendant, either directly or through an agent, a person and retail seller in the business of selling goods or furnishing services to retail buyers?

Yes_____    No___X___

*If Yes, proceed to Question 13. If No, proceed to Question 14.*

13. Did Defendant, either directly or through an agent, fail to provide Plaintiff with a copy of the Security Agreement and any separate written document or documents used to describe the goods in sufficient detail to identify them at the time of purchase?

Yes_____    No_____

*Proceed to Question 14.*

14. Is Defendant a holder who acquired a retail installment contract entered into by a retail buyer?

Yes___X___    No_____

*If Yes, proceed to Question 15.*

*If you answered Yes to Question 13 and No to Question 14, proceed to Question 16.*

*If you answered No to both Questions 13 and 14 (or you skipped Question 13 and answered No to Question 14), proceed to Section 3.*

3

15.   Did Defendant fail to provide Plaintiff with a copy of the Security Agreement and any separate written document or documents used to describe the goods in sufficient detail to identify them?

Yes_____          No_____X_____

*Proceed to Question 16.*

16.   Did Plaintiff suffer any damage as a result of the Defendant's failure, either directly or through an agent, to provide Plaintiff with a copy of the Security Agreement and any separate written document or documents used to describe the goods in sufficient detail to identify them?

Yes_____          No_____X_____

*If Yes, proceed to Question 17.  If No, proceed to Section 3.*

17.   What damages do you find that Plaintiff incurred as a result of Defendant's violation of the Unruh Act?

Amount: _____

*Proceed to Section 3.*

**SECTION 3 – Punitive Damages**

*If you answered Yes to Question 9, proceed to Question 18.  If you answered No to Question 9, then sign and return the verdict.*

18.   Do you find by clear and convincing evidence that Defendant acted with oppression, fraud or malice in committing violations of the Consumer Legal Remedies Act (any one of Questions 3, 4, 5, 7, or 8)?

Yes_____          No_____

*If Yes, proceed to Question 19.  If No, sign and return the verdict.*

/ / /

/ / /

/ / /

/ / /

/ / /

19.    How much are awarding Plaintiff in punitive damages against Defendant?

Amount: _____

*Sign and return the verdict.*

_____          _____
(Signature of jury foreperson)                           Date 4/20/2023

United States District Court
Northern District of California