UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA ANDRADE,

           Plaintiff,

   v.

AMERICAN FIRST FINANCE, INC., et al.,

           Defendants.

Case No.  18-cv-06743-SK

**JUDGMENT**

     Pursuant to the jury verdict and the Court's order on equitable relief, JUDGMENT is HEREBY ENTERED.

     **IT IS SO ORDERED AND ADJUDGED**.

Dated: June 28, 2023

SALLIE KIM
United States Magistrate Judge