TOMIO B. NARITA (SBN 156576)
tomio.narita@wbd-us.com
JEFFREY A. TOPOR (SBN 195545)
jeffrey.topor@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530

*Attorneys for American First Finance, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ANDRADE, *et al.*, | Case No. 3:18-cv-06743 |
| Plaintiff-Appellee, | |
| v. | **NOTICE OF APPEAL** |
| AMERICAN FIRST FINANCE, INC., *et al.*, | |
| Defendant-Appellant. | |

1  Notice is hereby given, pursuant to Federal Rules of Appellate Procedure 3 and 4, that
2  Defendant American First Finance, Inc.[1] ("Defendant") hereby appeals to the United States Court
3  of Appeals for the Ninth Circuit from the judgment entered by the United States District Court for
4  the Northern District of California in this action on June 28, 2023, and all appealable interlocutory
5  orders entered by the District Court in this action.

DATED: July 28, 2023

WOMBLE BOND DICKINSON (US) LLP
TOMIO B. NARITA
JEFFREY A. TOPOR


By:     *s/ Jeffrey A. Topor*
        Jeffrey A. Topor
        Attorneys for American First Finance, LLC

---

[1] Now known as American First Finance, LLC

ANDRADE V. AMERICAN FIRST FINANCE INC., ET AL. (CASE NO. 3:18-CV-06743-SK)
DEFENDANT'S NOTICE OF APPEAL

1