Kalama M. Lui-Kwan (State Bar No. 242121)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Three Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone:  (415) 477-5700
Facsimile:  (415) 477-5710
Email: kalama.lui-kwan@troutman.com

Jacob Kozaczuk (State Bar No. 294734)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone:  (858) 509-6000
Facsimile:  (858) 509-6040
Email: jacob.kozaczuk@troutman.com

*Attorneys for Defendant*
AMERICAN FIRST FINANCE, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ANDRADE,<br><br>          Plaintiff,<br><br>v.<br><br>AMERICAN FIRST FINANCE, LLC,<br><br>          Defendant. | Case No. 3:18-cv-06743-SK<br><br>**JOINT UPDATE REGARDING SETTLEMENT** |

Plaintiff Maria Andrade ("Plaintiff") and Defendant American First Finance, LLC ("Defendant") (collectively, Plaintiff and Defendant are the "Parties"), by counsel, provide notice that the Parties have reached an oral agreement on settlement terms that they expect to be memorialized in writing by April 15, 2024. The conditions of settlement are to be accomplished over a 120-day period. The Parties anticipate filing a stipulation of dismissal by August 13, 2024.

Dated: April 15, 2024

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: */s/ Kalama M. Lui-Kwan*
  Kalama M. Lui-Kwan
  Jacob Kozaczuk

  Attorneys for Defendant
  American First Finance, LLC

Dated: April 15, 2024

**GREEN & NOBLIN, P.C.**

By: */s/ Robert S. Green*
  Robert S. Green (SBN 136183)
  1 Blackfield Drive, Suite 360
  Tiburon, California 94920
  Telephone: (415) 477-6700
  Facsimile: (415) 477-6710
  Email: gnecf@classcounsel.com

  Attorneys for Plaintiff
  Maria Andrade

**SIGNATURE AUTHORIZATION**

Pursuant to Local Rule 5-1(i), I hereby certify that the contents of this document are acceptable to the counsel signing above and that I have obtained counsel's authorization to affix his/her electronic signature to this document.

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Kalama M. Lui-Kwan*
Kalama M. Lui-Kwan
*Attorney for American First Finance, LLC*